George H. KALBERER,
Plaintiff–Appellant

v.

STAR TRIBUNE; Teamsters Local 120, Defendants–Appellees.

No. 12–3373.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 30, 2013.

Filed: May 3, 2013.

George H. Kalberer, Northfield, MN, pro se.

Alissa Marie Raddatz, Sean Robert Somermeyer, Faegre & Baker, Minneapolis, MN, Martin J. Costello, Katrina E. Joseph, Blaine, MN, for Defendants–Appellees.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

George Kalberer appeals from the district court's[1] adverse grant of summary judgment in his pro se action against his former employer and his former union, claiming that they violated the Age Discrimination in Employment Act and breached a collective bargaining agreement. Upon careful de novo review, *see Tusing v. Des Moines Indep. Cmty. Sch. Dist.,* 639 F.3d 507, 514 (8th Cir.2011)

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

(standard of review), we find no basis for reversal.

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.